**Charles D. WEBB Petitioner–Appellant,**

v.

**John CASON, Warden Respondent–Appellee.**

No. 03–2249.

United States Court of Appeals, Sixth Circuit.

Dec. 17, 2004.

Rehearing Denied Jan. 18, 2005.

* The Hon. Jerome Farris, United States Circuit Judge for the Ninth Circuit, sitting by designation.

Charles D. Webb, Muskegon Heights, MI, pro se.

Raina I. Korbakis, Office of the Attorney General, Lansing, MI, for Respondent–Appellee.

Before DAUGHTREY, COOK, and FARRIS,* Circuit Judges.

PER CURIAM.

Charles Webb appeals the district court's order denying his petition for a writ of habeas corpus. After reviewing the record, the parties' briefs, and the applicable law, we conclude that the district court correctly denied Webb's petition. Moreover, because the district court's opinion thoroughly and accurately articulates the applicable law and the reasons underlying its decision, issuance of a full written opinion by this court would serve no useful purpose. Accordingly, for the reasons stated in the district court's opinion, we affirm.

---

* The Honorable Jerome Farris, United States Circuit Judge for the Ninth Circuit Court of Appeals, sitting by designation.